IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TOMMY EDWARD GIBSON,

    Plaintiff,

vs.

Officer JOHN DOE 1, and Officer JOHN DOE 2,

    Defendants.

CIVIL ACTION NO.: CV606-012

## ORDER

Plaintiff filed this complaint on February 1, 2006. By Order dated February 22, 2007, Plaintiff was directed to identify Defendants John Doe, Officer No. 1, and John Doe, Officer No. 2 within thirty (30) days of the date of that Order. Plaintiff was advised that his failure to comply with that Order may result in the dismissal of his claims against those Defendants. Plaintiff has failed to respond to the Court's Order. Accordingly, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 19 day of April, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)